IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON ORKIN,**<br>Plaintiff,<br><br>v.<br><br>**PHILADELPHIA POLICE DEPARTMENT, CITY OF PHILADELPHIA, PHILADELPHIA POLICE DEPARTMENT EMPLOYEE ASSISTANCE PROGRAM UNIT, HAROLD TOOMER**, individually, **WILLIAM SCHUBERT**, individually, **CAPTAIN BRADSHAW**, individually,<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 22-511** |

## ORDER

**AND NOW**, this 13th day of February, 2023, it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss the Philadelphia Police Department and the Philadelphia Police Department Employee Assistance Program Unit from the case is **GRANTED** as unopposed. The Philadelphia Police Department and Philadelphia Police Department Employee Assistance Program Unit are **DISMISSED** from this case;

2. The Defendants' Motion to Dismiss the City of Philadelphia from Counts VI, VII, and VIII is **GRANTED** as unopposed;

3. The Defendants' Motion to Dismiss Counts I, II, III, IV, V, VI, and VII is **GRANTED** without prejudice and with leave to amend within fourteen (14) days; and

4. The Defendants' Motion to Dismiss Count VIII is **DENIED**.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**